IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL NO.: |
| | : | |
| v. | : | MAGISTRATE NO. 06-0339M-01 (CR) |
| | : | |
| | : | VIOLATION: |
| SILVIA MENDEZ, | : | 18 U.S.C. § 656 |
| Defendant. | : | (Bank Embezzlement) |

## INFORMATION

The United States Attorney informs the Court:

## COUNT ONE

On or about February 15, 2006, within the District of Columbia, the defendant, **SILVIA MENDEZ**, being an employee of Chevy Chase Bank, with the intent to injure and defraud Chevy Chase Bank, a financial institution whose deposits are insured by the Federal Deposit Insurance Corporation, did knowingly and willfully embezzle, abstract, and purloin an amount over $1,000 of the monies and funds belonging to Bank of America and pledged and otherwise entrusted to its care.

(**Bank Embezzlement**, in violation of Title l8, U.S.C. Section 656)

        KENNETH L. WAINSTEIN
        Attorney of the United States in
        and for the District of Columbia
        Bar No. 451-058

BY: _____
        MICHAEL C. LIEBMAN
        Assistant United States Attorney
        Federal Major Crimes Section
        D.C. Bar No. 479562
        555 Fourth Street, N.W., room 4231
        Washington, D.C. 20530
        (202) 353-2385