IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | Cr. No. 06-265 (RJL) |
| v. ) | |
| ) | |
| SILVIA MENDEZ ) | |
| _____ ) | |

**DEFENDANT'S CONSENT MOTION TO CONTINUE PLEA HEARING**

Silvia Mendez, through undersigned counsel, hereby requests a continuance of her plea hearing, and states in support the following:

1. On September 8, 2006, the government filed an information charging Ms. Mendez with one count of Bank Embezzlement in violation of 18 U.S.C. § 656.

2. The Court set the plea hearing for September 26, 2006, at 3:30 p.m.

3. Undersigned counsel will be out of the office from September 22 through October 3.

4. Assistant United States Attorney Michael Liebman, who consents to this motion, will be out of the office from October 2 through October 6.

5. In order that she may have assistance of counsel at this very important proceeding in her case, Ms. Mendez respectfully requests that the Court reschedule her plea hearing for a date on which counsel for both parties will be available.

6. Upon consultation, the parties suggest that the Court set the plea hearing for October 10 before 12:00, October 11 before 12:00 or after 2:00, or any time on October 12.

WHEREFORE Ms. Mendez respectfully requests that the Court reschedule her plea hearing for one of the above agreed upon dates.

Respectfully submitted,

A.J. KRAMER
FEDERAL PUBLIC DEFENDER


_____/s/_____

RITA BOSWORTH
Assistant Federal Public Defender
625 Indiana Avenue, N.W., Suite 550
Washington, D.C., 20004
(202) 208-7500