IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | **Cr. No. 06-265 (RJL)** |
| v. | ) | |
| | ) | |
| **SILVIA MENDEZ** | ) | |
| _____ | ) | |

**ORDER**

Upon consideration of defendant's consent motion to continue her plea hearing, it is this

_____ day of September, 2006, hereby

**ORDERED** that defendant's plea hearing is continued, and it is further

**ORDERED** that a new date of _____ shall be scheduled.

_____
HONORABLE RICHARD LEON
United States District Judge