UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | |
| ) | |
| v.   ) | No. 01:06-cr-265-RJL |
| ) | |
| **SILVIA MENDEZ** ) | |

<u>Consent Motion To Continue Hearing</u>

The United States of America, by and through the United States Attorney for the District of Columbia, hereby moves to continue the hearing in the above matter, now scheduled for 2 p.m. on October 11, 2006, until the morning of Wednesday, October 18, 2006. As grounds therefor, the government advises that the undersigned Assistant United States Attorney, who is assigned to this case, is currently in trial in another matter before the Honorable Gladys Kessler, U.S. District Judge.

Counsel for the defendant has advised that the defendant does not oppose this motion, and that the defense is available on the morning of October 18. A proposed Order is attached.

                         Respectfully submitted,

                         JEFFREY A. TAYLOR
                         United States Attorney

by: _____
Michael C. Liebman
Assistant United States Attorney
D.C. Bar No. 479562
555 Fourth Street, N.W., room 4231
Washington, D.C. 20530
353-2385
michael.liebman@usdoj.gov