```
                   UNITED STATES DISTRICT COURT
                   FOR THE DISTRICT OF COLUMBIA
```

**UNITED STATES OF AMERICA** )
)
      **v.** )   No. 01:06-cr-265-RJL
)
**SILVIA MENDEZ** )

                        O R D E R

Upon the unopposed motion of the government, and for good cause shown, the hearing in the above matter is reset for _____ a.m., on Wednesday, October 18, 1006, in courtroom \_\_\_.

_____                                   _____
date                                          Richard J. Leon
                                               U.S. District Judge
                                               District of Columbia