AO 455 (Rev. 5/85) Waiver of Indictment

FILED

OCT 2 5 2006

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

# United States District Court

_____ DISTRICT OF _____

UNITED STATES OF AMERICA

V.

Silvia Mendez

WAIVER OF INDICTMENT

CASE NUMBER: 06-265

I, _Silvia Mendez_____, the above named defendant, who is accused of

being advised of the nature of the charge(s), the proposed information, and of my rights, hereby waive in open court on __10/25/06__ prosecution by indictment and consent that the
                                Date
proceeding may be by information rather than by indictment.

_____
Defendant

_____
Counsel for Defendant

Before _____