HONORABLE RICHARD J. LEON, UNITED STATES DISTRICT JUDGE

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**FILED**

JAN 26 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

UNITED STATES OF AMERICA      :    Docket No.: <u>06-CR-265</u>
                              :
vs.                           :    SSN:
                              :
MENDEZ, Silvia                :    Disclosure Date: <u>December 21, 2006</u>

## RECEIPT AND ACKNOWLEDGMENT OF PRESENTENCE INVESTIGATION REPORT

This is to acknowledge that each of the undersigned has received and reviewed the Presentence Investigation Report (PSR) in the above-entitled case. The undersigned further acknowledges that:

### For the Government

(CHECK APPROPRIATE BOX)
( )    There are no material/factual inaccuracies therein.
(✓)    There are material/factual inaccuracies in the PSI report as set forth in the attachment herein.

_____         1/5/07
**Prosecuting Attorney**                **Date**

### For the Defendant

(CHECK APPROPRIATE BOX)
( )    There are no material/factual inaccuracies therein.
( )    There are material/factual inaccuracies in the PSI report as set forth in the attachment.

_____    _____    _____    _____
**Defendant**              **Date**      **Defense Counsel**      **Date**

## NOTICE OF OBLIGATION OF THOSE EXECUTING THIS FORM

Pursuant to Local Rule 32(f)(2), those executing this form shall first submit any material inaccuracies or disputes in writing by **January 04, 2007**, to U.S. Probation Officer **Michael Penders**, telephone number **(202) 565-1379**, fax number **(202) 273-0242**.

Pursuant to Rule 32(b)(6)(B), effective December 1, 1994, it shall be the responsibility of the Attorney for the Government and the Defense Counsel to provide each other with a copy of the objections at the same time the objections are filed with the probation office.

**FOR THE COURT**

By:    Gennine A. Hagar, Acting Chief
       United States Probation Officer

Receipt and Acknowledgment                                               Page 2

On page 5, para. 23, as the probation officer has advised, the defendant has a prior DUI conviction from 2006, in Maryland, and was on supervision in that matter at the time of this offense. Pursuant to USSG her criminal history Category is II, based on the 3 total points pursuant to USSG § 4A1.1(c) + (d). This issue also affects PSI report at page 9, ¶ 44. Her correct guideline range of imprisonment is 6-12 mos.

In addition the government believes there may be a basis for the enhancement in USSG 2B1.1(b)(9)(C) of 2 levels because the offense involved sophisticated means.

Signed by: _Michael C. Ard_
(Defendant/Defense Attorney/AUSA)

Date: 1/5/07