IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | **Cr. No. 06-265 (RJL)** |
| **v.** | ) | |
| | ) | |
| **SILVIA MENDEZ** | ) | |
| _____ | ) | |

**ORDER**

Upon consideration of defendant's motion to reduce her restitution payments to $100, it is this _____ day of _____, 2007 hereby

**ORDERED** that defendant's motion is granted, and it is further

**ORDERED** that her monthly restitution payments shall be $100.

_____
HONORABLE RICHARD LEON
United States District Judge