UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| v. | ) | No. 1:06-CR-265-RJL |
| | ) | |
| **SILVIA MENDEZ,** | ) | |
| | ) | |
| **Defendant.** | ) | |

Government's Response To Defendant's Motion To Modify Her
<u>Restitution Payments</u>

The United States of America, by and through the United States Attorney for the District of Columbia, does not object to the defendant's motion to modify her restitution payments.

Respectfully submitted,

JEFFREY A. TAYLOR
UNITED STATES ATTORNEY

by:  /s/
_____
Michael C. Liebman
Assistant United States Attorney
D.C. Bar No. 479562
555 Fourth Street, N.W., room 4231
Washington, D.C.  20530
353-2385
michael.liebman@usdoj.gov