IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**FILED**

APR 16 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

UNITED STATES OF AMERICA )
)
v. )
)
SILVIA MENDEZ )
_____ )

Cr. No. 06-265 (RJL)

## ORDER

Upon consideration of defendant's motion to reduce her restitution payments to $100, it is this 12th day of April, 2007 hereby

**ORDERED** that defendant's motion is granted, and it is further

**ORDERED** that her monthly restitution payments shall be $100.

_____
HONORABLE RICHARD LEON
United States District Judge