**UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF COLUMBIA**

```
FILED
AUG 2 0 2008
NANCY MAYER WHITTINGTON, CLERK
U.S DISTRICT COURT
```

U.S.A. vs.   Silvia Mendez                    Docket No.: 1:06CR000265-1

---

The Court may enter a minute order for any of the following options:
Note: If this is a **sealed case**, the Court should sign this order and give it to your Courtroom Deputy for processing.

THE COURT ORDERS:

☒ Concur with recommendation of the Probation Office

☐ No action

☐ Issuance of a warrant and scheduling of a Hearing on Violation upon execution of the warrant.

  ☐ Notice to US Marshal - Warrant to be entered into NCIC in all cases

☐ Issuance of a summons and scheduling of a Hearing on Violation

☐ Schedule ____ Hearing on Violation or ____ Modification Hearing with Voluntary appearance


  ☐ Hearing to modify, revoke or terminate supervised release shall be held before a magistrate judge.

☐ Other  _____
         _____
         _____


_____
Richard J. Leon
United States District Judge

8/19/08
Date